UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE:<br><br>EFRAIN DOMINGO BARNET aka FRANK BARNET<br><br>Debtor(s) | CASE NO.  12-80111<br><br>Chapter 13 |

WITHDRAWAL of MOTION FOR RELIEF FROM STAY OR ADEQUATE PROTECTION

    BSI Financial Services, servicing agent for U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust ("Movant"), by and through its attorney, John W. Fletcher III, hereby withdraws its Motion for Relief from Stay or Adequate Protection filed March 19, 2019.

    DATED:  April 8, 2019

/s/ John W. Fletcher III
N.C. State Bar No. 15503
Henderson, Nystrom, Fletcher & Tydings, PLLC
831 East Morehead Street, Suite 255
Charlotte, NC 28202
(704) 334-3400
jfletcher@hnftlaw.com
jgilleland@hnftlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE:<br><br>EFRAIN DOMINGO BARNET aka FRANK BARNET<br><br>Debtor(s) | CASE NO. 12-80111<br><br>Chapter 13 |

CERTIFICATE OF SERVICE

      The undersigned certifies that this day the pleading or paper to which this Certificate is affixed was served upon the person(s) listed below by mailing a copy of the same, properly addressed and postage prepaid via the United States Postal Service.

Efrain Domingo Barnet aka Frank Barnet
915 Northcreek Drive
Durham, NC 27707

Steven K. Taylor
Taylor Law Office, P.C.
2280 S. Church Street, Suite 203
Burlington, NC 27215

Richard M. Hutson, II
P.O. Box 3613
Durham, NC 27702

      DATED: April 8, 2019

                                      /s/ John W. Fletcher III
                                      N.C. State Bar No. 15503
                                      Henderson, Nystrom, Fletcher & Tydings, PLLC
                                      831 East Morehead Street, Suite 255
                                      Charlotte, NC 28202
                                      (704) 334-3400
                                      jfletcher@hnftlaw.com
                                      jgilleland@hnftlaw.com